**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-50578 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-01265-PSG |
| v. | |
| ELIOTT JAY DRESHER, a.k.a. Eliott Dresher, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Philip S. Gutierrez, District Judge, Presiding

Submitted January 21, 2014[**]

Before:     CANBY, SILVERMAN, and PAEZ, Circuit Judges.

Eliott Jay Dresher appeals from the district court's judgment and challenges

the $8,880,389.05 order of restitution imposed following his guilty-plea conviction

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

12-50578

for mail fraud, in violation of 18 U.S.C. § 1341.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Dresher's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  Dresher has filed a pro se supplemental brief, and the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to the restitution order.

Counsel's motion to withdraw is **GRANTED**.  Dresher's request for appointment of new counsel is **DENIED**.

**AFFIRMED.**